# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SUSAN MAHON                                                      PLAINTIFF

v.                        No. 4:19-cv-850-DPM

BOSTON SCIENTIFIC CORPORATION                       DEFENDANT

## JUDGMENT

Mahon's complaint is dismissed with prejudice. The Court retains jurisdiction until 3 September 2021 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2021